IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| K.M., a minor, by and through MARJORIE M., as her parent and legal guardian, | ) ) ) ) | CIVIL ACTION NO. 2:22-cv-1369 HONORABLE ROBERT J. COLVILLE |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| BROWNSVILLE AREA SCHOOL DISTRICT, | ) ) ) | |
| Defendant. | ) | Electronically Filed. |

STIPULATION OF DISMISSAL

The parties to this action by and through their undersigned counsel of record hereby stipulate to the dismissal of this action with prejudice and each party to bear its own costs.

Respectfully submitted,

s/Joel S. Sansone
Joel S. Sansone, Esquire
PA ID No. 41008
LAW OFFICES OF JOEL SANSONE
603 Stanwix Street, Suite 1290
Pittsburgh, Pennsylvania 15222
412.281.9194

*Counsel for Plaintiff*

Dated:  March 27, 2023

s/Joseph W. Cavrich
Joseph W. Cavrich, Esquire
ANDREWS & PRICE LLC
1500 Ardmore Boulevard, Suite 506
Pittsburgh, Pennsylvania 15219
412.243.9700

*Counsel for Defendant*

By the Court,

_____ J.